IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FRANCISCO JARA,** | CASE NO. CIV S-05-614 DFL GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **ROSANNE CAMPBELL,** | |
| Respondent. | |

**GOOD CAUSE HAVING BEEN SHOWN**, Respondent is GRANTED an extension of time within which to file a response in this matter to, and including, September 29, 2005.

DATED: 8/11/05

/s/ Gregory G. Hollows
_____
HONORABLE GREGORY G. HOLLOWS

jara0614.po.wpd

[Proposed] Order

1