BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
DANIEL J. KOSSICK, State Bar No. 81350
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-3866
 Fax:  (916) 324-5205

Attorneys for Respondent CLS Only and Earl Kanipe
SA2005300707

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FRANCISCO JARA,**<br><br>                              Petitioner,<br><br>v.<br><br>**ROSANNE CAMPBELL,**<br><br>                              Respondent. | CASE NO. CIV S-05-614 DFL GGH P<br><br>**ORDER GRANTING RESPONDENT'S EX PARTE SECOND REQUEST FOR EXTENSION OF TIME TO FILE RETURN**<br><br>Judge: The Honorable Gregory G. Hollows |

   GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time, to and including November 10, 2005, to file a response to Petitioner's Amended Petition.

   DATED: 10/4/05

                                        /s/ Gregory G. Hollows
                                        _____
                                        THE HONORABLE GREGORY G. HOLLOWS

jara0614.po2.wpd

[PROPOSED ORDER]

4