1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  STEPHEN P. ACQUISTO
   Supervising Deputy Attorney General
5  DANIEL J. KOSSICK, State Bar No. 81350
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone:  (916) 324-3866
8   Fax:  (916) 324-5205

9  Attorneys for Respondent
   SA2005300707
10

11                  IN THE UNITED STATES DISTRICT COURT
12
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
13
                         SACRAMENTO DIVISION
14

15  **FRANCISCO JARA,**                    CASE NO. CIV S-05-614 DFL GGH P

16                          Petitioner,    **ORDER GRANTING RESPONDENT'S
                                           EX PARTE THIRD REQUEST FOR
17       v.                                EXTENSION OF TIME TO FILE
                                           RETURN**
18  **ROSANNE CAMPBELL,**

19                          Respondent.    Judge: The Honorable Gregory G. Hollows

20

21          FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of

22  time, to and including December 12, 2005, to file a response to Petitioner's Amended Petition.

23  THERE WILL BE NO FURTHER EXTENSION OF TIME.

24  DATED: 11/22/05
                                        /s/ Gregory G. Hollows
25                                      _____
                                        THE HONORABLE GREGORY G. HOLLOWS
26

27  jara0614.po3

28

[PROPOSED ORDER]