IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO JARA,

      Petitioner,                    No. CIV S-05-00614 DFL GGH P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTION, et al.,

      Respondents.              ORDER

/

        On January 27, 2006, respondent announced a change to its rules permitting inmates to wear their hair in any manner provided that it does "not extend over the eyebrows, cover the inmate's face or pose a health and safety risk." Amended CAL. CODE REGS. tit.xv, § 3062(e). On July 27, 2006, the emergency regulations became permanent.

        In their response to petitioner's writ of habeas corpus, respondents stated that they intended to withdraw petitioner's Rules Violation Reports (RVR) from his record upon adoption of the final regulation. (Def.'s Answer 3.) As a result, respondent stated that petitioner would not suffer any punitive consequences from having received any RVR. Id. Consequently, respondents contend that their action will render this case moot.

        Respondents in the above-captioned case shall respond within 30 days of this order as to whether such action has been taken and all penalties imposed upon petitioner as a

1

1  result have been restored. In the event that petitioner's RVR have been removed from his record,

2  petitioner shall respond within 30 days of respondent's filing of a response to this order whether

3  he believes this action moots this case.[1]

4  DATED: 8/15/06

5  /s/ Gregory G. Hollows

6  _____
   U.S. Magistrate Judge

7  ggh13/habeas
   Jara.0614.moot.ord.wpd

---

[1] Plaintiff stated that the RVR changed his release date from March 3, 2006, to June 17, 2006. (Pl.'s Req. Judicial Notice 2). On March 24, 2006, plaintiff notified the court of a change of address. Plaintiff currently resides in Patterson, California, rather than at his address at the time he filed his writ, Mule Creek State Prison, Ione, California.