IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO JARA,

      Petitioner,                       No. CIV S-05-00614 DFL GGH P

      vs.

CALIFORNIA DEPARTMENT
OF CORRECTION, et al.,

      Respondents.                 ORDER
_____/

      On September 14, 2006, Respondent filed her response to the Court's order dated August 15, 2006, that sought the status of Petitioner's Rules Violations Reports (RVR) in order to determine whether Respondent's actions had rendered this case moot. Respondent stated that Petitioner's RVRs that were the subject of this litigation had been removed from his record. Respondent also noted that Petitioner had been paroled on March 18, 2006. Petitioner has until October 16, 2006, to file his reply.

      Pending before the Court are two motions for joinder filed November 10, 2005, and February 7, 2006. Given the status of the case, these motions for joinder are inapposite.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motions for joinder filed November 10, 2005, and February 7, 2006, are denied.

DATED: 9/22/06                                    /s/ Gregory G. Hollows
                                                  _____
                                                  U.S. Magistrate Judge

ggh13/habeas
Jara.0614.ord.joinder.wpd